# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

130747

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROSIA MITCHELL-CRENSHAW,
Successor Personal Representative
of the Estate of Floyd L. Mitchell,
Deceased,
          Plaintiff-Appellee,

v

LONNIE JOE, JR., M.D., and
BERNARD KOLE, M.D.,
          Defendants,

and

PROVIDENCE HOSPITAL AND
MEDICAL CENTER,
          Defendant-Appellant.

SC: 130747
COA: 263057
Oakland CC: 2004-060421-NH

_____/

On order of the Court, the application for leave to appeal the February 7, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

l0821